NICHOLAS LAGNELLA v. PLANNING BOARD OF THE
TOWN OF DOVER.

May 26, 1982.

Petition for certification denied.

EXCELSIOR INSURANCE COMPANY OF NEW YORK v. THE
HOME ENERGY CENTER OF NEW JERSEY, INC.

May 26, 1982.

Petition for certification denied.

IN RE OPINION 320 AND 320 SUPPLEMENT.

May 26, 1982.

The petition for review of the Advisory Committee on Professional Ethics Opinion Number 320, entitled CONFLICT OF INTEREST—P.B.A. ATTORNEY'S PRIVATE PRACTICE WHERE POLICE MEMBER IS WITNESS, is denied.

STATE OF NEW JERSEY v. J. C. SMITH.

May 26, 1982.

Leave to appeal is granted.